IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES ERIC FREELAND | NO. 6:24-CR-034-H<br>**(Supersedes indictment returned on December 11, 2024)** |

**SUPERSEDING INFORMATION**

The United States Attorney Charges:

Count One
Possession with Intent to Distribute Five Grams
and More of Methamphetamine (Actual)
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii))

On or about June 13, 2024, in the San Angelo Division of the Northern District of Texas, and elsewhere, **James Eric Freeland,** defendant, did intentionally and knowingly possess with intent to distribute five grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

**James Eric Freeland
Superseding Information – Page 1**

Forfeiture Notice
(21 U.S.C. § 853(a), and 18 U.S.C. § 924(d))

Upon conviction of the offense alleged in this indictment, and pursuant to 21 U.S.C. § 853(a), and 18 U.S.C. § 924(d), defendant, **James Eric Freeland**, shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following: a Great Lakes Firearms and Ammunition, GL-15 multi-caliber rifle, serial number 5050.9824, and a Smith and Wesson .38 Revolver, serial number DNT2658, and including any additional ammunition, magazines, or accessories recovered with the firearm and ammunition.

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*/s/ Whitney Ohlhausen*
WHITNEY OHLHAUSEN
Assistant United States Attorney
Arkansas State Bar No. 2017137
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone: 325-271-6700
E-mail: whitney.ohlhausen@usdoj.gov

**James Eric Freeland**
**Superseding Information – Page 2**